AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Leyla Carranza | ) Case No. 20-228 (S-2) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Leyla Carranza                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Murder in-aid-of Racketeering (18 USC 1959); Assault in-aid-of Racketeering (18 USC 1959); Conspiracy to Commit Murder in-aid-of Racketeering (18 USC 1959); Conspiracy to Commit Assault in-aid-of Racketeering (18 USC 1959); Cyberstalking (18 USC 2261A).

Date:   06/15/2023

_Lois Bloom_
*Issuing officer's signature*

City and state:   Brooklyn, New York

Honorable Lois Bloom
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/15/23, and the person was arrested on *(date)* 6/20/23
at *(city and state)* RICHMOND, VA.

Date:   6/21/23

*Arresting officer's signature*

DANIEL LEARY, SA
*Printed name and title*